GEORGE W. KETCHAM AND MARJORIE P. KETCHAM, HIS WIFE, PLAINTIFFS-APPELLANTS, v. FRED R. ADDONIZIO AND PATRICIA ADDONIZIO, HIS WIFE, AND MARJORIE HEUSER, DEFENDANTS-RESPONDENTS.

HELEN BLUMETTI, PLAINTIFF-APPELLANT, v. FRED R. ADDONIZIO AND PATRICIA ADDONIZIO, HIS WIFE, AND GEORGE W. KETCHAM AND MARJORIE P. KETCHAM, HIS WIFE, DEFENDANTS-RESPONDENTS.

Superior Court of New Jersey
Appellate Division

Argued March 14, 1966—Decided March 24, 1966.

Before Judges GOLDMANN, FOLEY and COLLESTER.

*Mr. Herman Fast* argued the cause for appellants (*Messrs. Fast & Fast,* attorneys).

*Mr. Daniel Leff* argued the cause for respondents Addonizio (*Mr. Louis H. Hollander,* attorney).

No appearance was made for Marjorie Heuser.

PER CURIAM. We affirm for the reasons set forth in the opinions of Judge Herbert in the Chancery Division, see 86 *N. J. Super.* 195 (1964).